United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. MORRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES SEPULVEDA, et al.,<br><br>    Defendants. | Case No. 16-cv-00798-SI<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 22 |

This action has been dismissed without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 13, 2016

_____
SUSAN ILLSTON
United States District Judge